**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI**

IN RE:  RAMSEY, JAMES                                              CASE: 23-13583

## MOTION TO IMPOSE AUTOMATIC STAY

  Now comes Catherine Umberger, as attorney for Debtor in the above-styled cause who files this Motion to Impose Automatic Stay in this cause and, in support thereof, would respectfully show unto the Court the following:

1. The above Debtor filed a previous Chapter 13 case, Case No. 21-12149 on November 11, 2021, the case was dismissed on January 18, 2023.

2. The above Debtor filed a second Chapter 13 case, Case No. 23-11654 on June 1, 2023, the case was dismissed on October 30, 2023.

3. This Chapter 13 case was filed on November 21, 2023.

4. The previous Chapter 13 case was dismissed without prejudice and without a bar.

5. Debtor would further show that this Chapter 13 case is filed in good faith.

6. The Debtor will suffer immediate and irreparable harm if their Motion to Impose the Automatic Stay is not granted.

   **WHEREFORE,** the Debtor respectfully asks this Court to impose and continue the Automatic Stay during the entire period and course while their current Chapter 13 case is pending with this Court.

                                                                      Respectfully submitted,

                                                                      /s/ Catherine Umberger
                                                                      **Catherine Umberger,
                                                                      ESQ., BAR104478**
                                                                      Mayfield Law Firm, P.A.
                                                                      106 W. Franklin St.
                                                                      Tupelo, MS 38803
                                                                      (662)841-8844

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF MISSISSIPPI

In re: JAMES RAMSEY                                 Case No.: 23-13583

                                                    Chapter 13

### DECLARATION N SUPPORT OF MOTION TO IMPOSE THE AUTOMATIC STAY PURSUANT TO 11 U.S.C. 4 362(0(4)

The debtor, in support of the Motion to Impose the Automatic Stay, state as follows:

1. *I have* personal knowledge of the facts listed in the foregoing situation.

2. *I am* over the age of 18, of sound mind, *am* capable of making this Declaration, and *am* fully competent to testify to the matters stated herein.

3. *I* filed this bankruptcy petition on *11/21/2023*.

4. *I* previously filed the following bankruptcy cases:
   - *21-12149* under Chapter *13* on *11/11/2021* dismissed on *01/18/2023*.
   - *23-11654* under Chapter *13* on *06/01/2023* dismissed on *10/30/2023*.

5. *I have* had no other pending bankruptcy cases in the preceding one-year period.

6. *I* have not had any prior case dismissed in the past year for any of the following reasons:
   - failure to file or amend the petition or other required documents without substantial excuse;
   - failure to provide adequate protection as ordered by the Court; or
   - failure to perform the terms of a plan confirmed by the Court.

7. *I* have had a substantial change in *[my]* financial or personal affairs since the dismissal of the last case, and [I] believe that this case will:

- *[If a Chapter* 7] be concluded with a discharge; or
- *[If a Chapter 11 or* 13] result in a confirmed plan that will be fully performed

8. Those changes are as follows:
I was dismissed for failure to pay and being unable to make the payments to get myself to confirmation. I had issues with getting my medical insurance to pay for my kidney medication and had to pay out of pocket for four months, but have now sorted those issues out and have it covered through insurance and also received a refund from the insurance company for my out of pocket expenses. I should now be able to make my full plan payments in a timely manner.

Check the appropriate box:

X If executed within the United States, its territories, possessions or commonwealths:

*[I]* declare under penalty of perjury that the foregoing is true and correct.

❏    If executed outside the United States:

*[I/We]* declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on 11/21/2023

Debtor's Signature /s/ James Ramsey        CoDebtor's Signature

# CERTIFICATE OF SERVICE

      I, Catherine Umberger, the undersigned counsel, do hereby certify that I have this day served a true and correct copy of the foregoing ***Motion to Impose Automatic Stay and Supporting Declaration***, via Electronic mail, postage prepaid, upon the following:

*U.S. Trustee*
**U.S. Trustee**
USTPRegion05.AB.ECF@usdoj.gov

*Trustee*
**Locke Barkley**

**All entries on the matrix (attached)**

Dated: Tuesday November 21, 2023

                                                */s/ Catherine Umberger*

                                                **CATHERINE UMBERGER, ESQ.**

## CREDITORS

1st Franklin Financial
301 Heritage Dr
Oxford, MS 38655-5402

Aarons
540 Highway 6 E
Batesville, MS 38606-3002

Acima Digital Fka Simp
9815 S Monroe St Fl 4
Sandy, UT 84070-4296

AIS Portfolio Services.
4515 N Santa Fe Ave
Oklahoma City, OK 73118-7901

All American Check Cashin
713 S Pear Orchard Road Plz
Ridgeland, MS 39157

American Esoteric Laboratories
PO Box 144225
Austin, TX 78714-4225

American InfoSource LP
4515 N Santa Fe Ave
Oklahoma City, OK 73118-7901

Atlas Acquisitions LLC
492 Cedar Ln Ste C 442
Teaneck, NJ 07666-1713

BLC Management
dba Angel Communications Solutions
 PO Box 1700
Melbourne, FL 32902-1700

BMH North
Patient Payments MSC 410407
 PO Box 415000

Nashville, TN 37241-5000

Cash Net USA
PO Box 206739
Dallas, TX 75320

Check Into Cas
PO Box 550
Cleveland, TN 37364-0550

Check Into Cash
PO Box 550
Cleveland, TN 37364-0550

CHKG/ATT
208 S Akard St Ste 2954
Dallas, TX 75202-4206

CHKG/DIRECTV
2230 E Imperial Hwy Fl 10
El Segundo, CA 90245-3504

Commerical Services Group, INc
2401 Stanley Gault Pkwy
Louisville, KY 40223-4175

Credit Acceptance Corporation
25505 W 12 Mile Rd
Southfield, MI 48034-1846

Dept of Education/Neln
PO Box 82561
Lincoln, NE 68501-2561

Deptednelnet
PO Box 82561
Lincoln, NE 68501-2561

Earvin Bowen Simms Simmons & Assoc
9 Dunwoody Park
Atlanta, GA 30338-7407

**ecast Settlement Corporatio**
**PO Box 29262**
**New York, NY 10087-9262**

**express check advance**
**1723 b university ave**
**Oxford, MS 38655**

**First Premier Bank**
**3820 N Louise Ave**
**Sioux Falls, SD 57107-0145**

**First State Bank**
**PO Box 580**
**Holly Springs, MS 38635-0580**

**fnb oxford**
**po box 847**
**Oxford, MS 38655**

**Inergy, LP**
**700 Louisiana St Ste 2060**
**Houston, TX 77002-2830**

**Jones and Schneller, PLLC**
**126 N Spring St**
**Holly Springs, MS 38635-2310**

**Lafayette Co Solid Waste**
**PO Box 885**
**Oxford, MS 38655-0885**

**Lendumo**
**PO Box 642**
**Lac Du Flambeau, WI 54538-0642**

**Locke Barkley**
**6360 Interstate 55 N Ste 140**
**Jackson, MS 39201**

**MCI Residential Service**
**500 Technology Dr Ste 550**

**Weldon Spring, MO 63304**

**MS Dept of Employment Security**
**PO Box 1699**
**Jackson, MS 39215-1699**

**National Enterprise System**
**PO Box 36**
**Twinsburg, OH 44087-0036**

**Nephrology and Hypertension**
**1542 Medical Park Cir**
**Tupelo, MS 38801-6560**

**Nolan Brothers**
**1425 E Main St**
**Tupelo, MS 38804-2926**

**Northern Resolution Group**
**PO Box 566**
**Buffalo, NY 14226-0566**

**Office of the US Trustee**
**900 Jefferson Ave**
**Oxford, MS 38655-3608**

**Phoenix Management System**
**7841 Wayzata Blvd**
**Minneapolis, MN 55426-1452**

**Rent A Center East, Inc**
**Attn: legal Department**
 **5501 Headquarters Dr**
**Plano, TX 75024-5837**

**Santander Consumer USA**
**PO Box 961211**
**Fort Worth, TX 76161-0211**

**Sayle Oil/Propane**
**PO Box 310**
**Charleston, MS 38921-0310**

**Seventh Avenue**
1112 7th Ave
Monroe, WI 53566-1364

**Shelter Insurance Co.**
c/o Henley, Lotterhos & Henley
 PO Box 389
Jackson, MS 39205-0389

**Speedy/Rapid Cash**
PO Box 780408
Wichita, KS 67278-0408

**Tannehill, Carmean & Mckenzie**
829 N Lamar Blvd Ste 1
Oxford, MS 38655-2858

**Tbom/Atls/Fortiva Thd**
PO Box 105555
Atlanta, GA 30348-5555

**Telecom Self-Reported**
PO Box 4500
Allen, TX 75013-1311

**The Bank of Missouri**
PO Box 105555
Atlanta, GA 30348

**United Emergency Services**
PO Box 731584
Dallas, TX 75373-1584

**United Online Collections Divisions**
PO Box 5006-BD
Woodland Hills, CA 91302

**Unity Bank of MS**
fka Merchants & Farmers Bank PO Box 700
Holly Springs, MS 38635-0700

Uownleasing
5401 W Kennedy Blvd Ste 1030
Tampa, FL 33609-2450

Utility Self-Reported
PO Box 4500
Allen, TX 75013-1311

Walker Electric Company, INC
PO Box 545
Oxford, MS 38655-0545

Westlake Portfolio Management
PO Box 76809
Los Angeles, CA 90076

William F. Schneller
Jones & Schneller PO Box 417
Holly Springs, MS 38635-0417